UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FENIX & CO. CORP                     CIVIL NO. 05-2298(JAF)

vs.

MARTHA MANCINI
MICHAEL MANCINI                      COLLECTION OF MONEY
and the conjugal partnership
    constituted by them
        dba as
AMBER DREAMS
    and   MIKE'S
DISCOUNTS CLOSEOUTS, INC.

## ORDER OF ATTACHMENT

Upon motion of the plaintiff, FENIX &CO.CORP,, and stipulation of the
parties and  appearing that pursuant to Rule 64 of the Federal Rules of Civil
Procedure the plaintiff may obtain all remedies provided by the laws of the
Commonwealth of Puerto Rico for the purpose of securing satisfaction of the
judgment ultimately to be entered in this action, and upon notice to the defendants
and a hearing, it is hereby

ORDERED that real estate property of the defendants, MARTHA MANCINI,
MICHAEL MANCINI, and the CONJUGAL PARTNERSHIP ESTABLISHED
BY THEM dba as AMBER DREAMS and MIKE'S DISCOUNTS CLOSEOUTS
(the "defendants") be attached, garnished or seized to secure the satisfaction of
judgment which may ultimately be entered in this action up to the amount of  of
Two Hundred  Thousand  Dollars , ($200,000.00).

ORDERED that the property to be attached in compliance with this order

consist of Real Estate Property in Old San Juan , Recorded at folio 66 volume 186 of unit number 424 at the Registry of Property of Puerto Rico, Section One of San Juan, Puerto Rico; described as follows:

"URBANA  Solar y casa terrera #3 , antes # 45 de la Calle De La Cruz, fondo , o sea, el ESTE , con la Sucesión Esquiela Rivera; por el frente , o sea, el OESTE, con la calle Cruz, derecha con la Sucesión Roselló,; izquierda con la Sucesión de Domingo Ríos . El solar tiene cabida de 205.00 metros cuadrados."

"URBAN: Lot and house #3, forne #45 of De La Cruz Street, background , this is, the EAST, with the Estate of Esquiela Rivera by the front, this is the WEST , with Street Cruz, right with Rosselló Estate, left with the Estate of Domingo Rios. Lot has an area of 205.00 square meters." and further

ORDERED that the Clerk of this Court issue a writ of attachment to the persons specially appointed by this order for service thereof, directing said persons to execute this order by serving copy of this order and of the writ upon all persons or entities designated by the plaintiff; and further

ORDERED that the persons specially appointed for service of said writ shall forthwith file a return of execution indicating the persons or entities served, and the property attached, garnished, or seized pursuant to this order; and further

ORDERED that the Clerk of this Court issue any and all necessary writs directed to the Property Registrars of Puerto Rico to make the required entries in the records of their respective registries to attach and prohibit the alienation or encumbrance of the real properties designated by the plaintiff; and to deliver said writs to plaintiff for presentation to the corresponding Property Registrars in accordance with the Mortgage Law of Puerto Rico; and further

ORDERED that parties stipulated that no provision for bond de made. ; and further

ORDERED that defendants be and they are hereby enjoined from transferring, selling, assigning, encumbering or otherwise disposing of the aforementioned property without prior notice to the plaintiff and approval by this Court.

**IT IS SO** ORDERED.

San Juan, Puerto Rico,  May 3, 2006

JOSE ANTONIO FUSTE
CHIEF UNITED STATES  DISTRICT JUDGE